```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 23 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIA NOVOZHILOVA, et al.,

                Plaintiffs,

    -v-

GOD SAVE THE KING, LLC, et al.,

                Defendants.

------------------------------------------------------------X

No. 12 Civ. 7572 (RA)

ORDER AND NOTICE OF
INITIAL CONFERENCE

RONNIE ABRAMS, United States District Judge:

    This case, assigned to me for all purposes, has been designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York ("Pilot Project"). The parties are directed to follow the procedures applicable to cases designated for inclusion in the Pilot Project, which are available at http://nysd.uscourts.gov/rules/Complex_Civil_Rules_pilot.pdf. The parties should not follow this Court's Individual Rules and Practices to the extent they are contrary to those procedures.

    Counsel for all parties are directed to appear for an initial status conference on December 14, 2012 at 3:30 p.m. in Courtroom 9B of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. All counsel are required to register promptly as filing users on ECF. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

    No later than seven (7) days before the initial status conference, the parties shall submit via email to Abrams_NYSDChambers@nysd.uscourts.gov an Initial Report in .pdf. The Initial Report should contain all information required by Section 1.A and Exhibit A of the Pilot Project,

and the information required by Exhibits B and C if applicable, as well as any other information that the parties believe may assist the Court in advancing the case to settlement or trial. Counsel are directed to use numbered paragraphs and headings where appropriate.

Plaintiffs are ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: October 23, 2012
New York, New York

Ronnie Abrams
United States District Judge