**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone:  (212)300-0375

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARIA NOVOZHILOVA and MILANY MARQUEZ, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>-against-<br><br>**GOD SAVE THE KING, LLC, MICHAEL SATSKY, and BRIAN GEFTER,**<br><br>Defendants. | No. 12 Civ. 7572 (RA)<br><br><br>**NOTICE OF APPEARANCE** |

Frank Mazzaferro, Esq., of Fitapelli & Schaffer, LLP, hereby files this Notice of Appearance as counsel for Plaintiffs.  All notice papers that are given or required to be served in this case shall be given to and served upon:

        Frank Mazzaferro, Esq. (FM 6297)
        Fitapelli & Schaffer, LLP
        475 Park Avenue South, 12th Floor
        New York, New York 10016
        Telephone:    (212) 300-0375
        Facsimile:      (212) 481-1333
        e-mail:            fmazzaferro@fslawfirm.com

Dated:  New York, New York
       October 26, 2012

        FITAPELLI & SCHAFFER, LLP
        Attorneys for Plaintiffs

        By: /s/ Frank Mazzaferro
        Frank Mazzaferro