AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/13

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MARIA NOVOZHILOVA and MILANY MARQUEZ, on behalf of themselves and all others similarly situated, )
Plaintiff )
v. ) Civil Action No. 12 Civ. 7572 (RA)(DCF)
GOD SAVE THE KING, LLC, MICHAEL SATSKY, and BRIAN GEFTER, )
Defendant )

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case for settlement purposes only.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Plaintiffs MARIA NOVOZHILOVA and MILANY MARQUEZ | [signature] | 5/28/13 |
| Defendants GOD SAVE THE KING, LLC, MICHAEL SATSKY, and BRIAN GEFTER | Felice B Ekelman / Jackson Lewis LLP | 5/28/13 |

### Reference Order

IT IS ORDERED: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 5/30/13

_____
District Judge's signature

RONNIE ABRAMS
Printed name and title

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.